IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRI MCCLURE, ) | |
| ) | Civil Action No. |
| Plaintiff, ) | |
| ) | 1:07-CV-1023-MEF |
| vs. ) | |
| ) | |
| CONTROL PRODUCTS, INC., ) | |
| Defendant. | |

## SUMMONS

TO DEFENDANT: <u>Control Products, Inc. c/o R. Blaine Stewart, Reg. Agent 1521 W. Main St. Dothan, AL 36301</u>. You are hereby summoned and required to serve upon Plaintiff's attorney: <u>Adam M. Porter 2301 Morris Ave., Suite 102 Birmingham, AL 35203</u> a response to the complaint which is herewith served upon you, within <u>20</u> days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: <u>November 20, 2007</u>

DEBRA P. HACKETT, CLERK
By: *Charlene Campbell*
Deputy Clerk

(SEAL OF COURT)

NOTE: A separate summons must be prepared for each defendant.

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
1 Church St.
Montgomery, AL 36104