IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

Terri McClure,
　　Plaintiff,

v.                              CASE NO. 1:07-cv-1023

Control Products, Inc.,
　　Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Terri McClure, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |
|  |  |
|  |  |

11/21/2007
Date

(Signature)

Adam M. Porter
(Counsel's Name)

Terri McClure
Counsel for (print names of all parties)

2301 Morris Ave., Suite 102
Birmingham, AL 35203
Address, City, State Zip Code

(205) 322-8999
Telephone Number