| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Kiser_ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>Kiser | C. Date of Delivery<br>11-26-7 |
| 1. Article Addressed to:<br><br>Control Products, Inc.<br>c/o R. Blame Stewart<br>1521 W. Main St.<br>Dothan, AL 36301<br><br>07CV1023 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 2. Article Number<br>(Transfer from service label)  7000  0600  0021  8298  6830 | | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | | |