IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRI MCCLURE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No.: 1:07-CV-1023-MEF |
| | ) |
| CONTROL PRODUCTS, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

COMES NOW Albert L. Jordan and gives notice of his appearance as co-counsel for Defendant Control Products, Inc. in this matter. Please take notice that he should receive a copy of all future pleadings and correspondence at the address shown below.

Respectfully submitted on December 17, 2007.

    s/Albert L. Jordan
    Albert L. Jordan (JOR002)
    E-mail: alj@wallacejordan.com
    Thomas A. McKnight, Jr. (MCK055)
    E-mail: tm@wallacejordan.com

    Attorneys for Defendant
    Control Products, Inc.

**OF COUNSEL:**

**WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C.**
Post Office Box 530910
Birmingham, Alabama 35253
Voice:  (205) 870-0555
Fax:     (205) 871-7534

**CERTIFICATE OF SERVICE**

I certify that on December 17, 2007, I e-mailed to below counsel and electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Adam M. Porter, Esq.
Attorney at Law
2301 Morris Avenue, Suite 102
Birmingham, AL 35203
e-mail: adamporter@earthlink.net

Respectfully submitted,

**s**/Albert L. Jordan
Albert L. Jordan         (JOR002)
Wallace, Jordan, Ratliff & Brandt, L.L.C.
Post Office Box 530910
Birmingham, Alabama 35253
Voice:       (205) 870-0555
Fax:         (205) 871-7534
E-mail: alj@wallacejordan.com