IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TERRI MCCLURE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No.: 1:07-CV-1023-MEF |
| | ) |
| **CONTROL PRODUCTS, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## Rule 7.1 Corporate Disclosure Statement of Defendant Control Products, Inc.

In compliance with Fed. R. Civ. P. 7.1, Defendant Control Products, Inc. hereby discloses that it has no parent corporation and that no publicly traded corporation owns 10% or more of its stock.

Respectfully submitted this  18th  day of December, 2007,

                                                 *s/Thomas A. McKnight, Jr.*
                                                Albert L. Jordan (asb-5222-D51A)
                                                E-mail: alj@wallacejordan.com
                                                Thomas A. McKnight, Jr. (asb-3942-m67m)
                                                E-mail: tm@wallacejordan.com

                                                Attorneys for Defendant
                                                Control Products, Inc.

2

**OF COUNSEL:**

**WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C.**
Post Office Box 530910
Birmingham, Alabama 35253
Voice:  (205) 870-0555
Fax:    (205) 871-7534

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **TERRI MCCLURE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:07-CV-1023-MEF |
| | ) |
| **CONTROL PRODUCTS, INC.,** | ) |
| | ) |
| Defendant. | ) |

## Certificate of Service

I certify that on this 18th day of December, 2007, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Adam M. Porter, Esq.
Attorney at Law
2301 Morris Avenue, Suite 102
Birmingham, AL 35203
e-mail: adamporter@earthlink.net

Respectfully submitted,

*s/Thomas A. McKnight, Jr.*
Thomas A. McKnight, Jr. (asb-3942-m67m)
Wallace, Jordan, Ratliff & Brandt, L.L.C.
Post Office Box 530910
Birmingham, Alabama 35253
Voice:   (205) 870-0555
Fax:     (205) 871-7534
E-mail: tm@wallacejordan.com

3