IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TERRI MCCLURE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No.: 1:07-CV-1023-MEF** |
| ) | |
| **CONTROL PRODUCTS, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## DEFENDANT'S SUPPLEMENTAL DISCLOSURE STATEMENT

In compliance with Fed. R. Civ. P. 7.1, Defendant Control Products, Inc. ("CPI") hereby discloses that it has no parent corporation and that no publicly traded corporation owns 10% or more of its stock. CPI is a sub-chapter S corporation owned by Johnny Bagley, David Hope and Jeff Morrison. The only affiliated entity of CPI is BMH Properties, LLC, which is also owned by Bagley, Hope and Morrison.

Respectfully submitted this  19th  day of December, 2007,

*s/Thomas A. McKnight, Jr.*
Albert L. Jordan (asb-5222-d51a)
E-mail: alj@wallacejordan.com
Thomas A. McKnight, Jr. (asb-3942-m67m)
E-mail: tm@wallacejordan.com

Attorneys for Defendant
Control Products, Inc.

2

**OF COUNSEL:**

**WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C.**
Post Office Box 530910
Birmingham, Alabama 35253
Voice: (205) 870-0555
Fax:    (205) 871-7534

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRI MCCLURE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:07-CV-1023-MEF |
| | ) |
| | ) |
| CONTROL PRODUCTS, INC., | ) |
| | ) |
| Defendant. | ) |

## Certificate of Service

I certify that on this  19th  day of December, 2007, I electronically filed the foregoing Supplemental Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Adam M. Porter, Esq.
Attorney at Law
2301 Morris Avenue, Suite 102
Birmingham, AL 35203
e-mail: adamporter@earthlink.net

    Respectfully submitted,

    *s/Thomas A. McKnight, Jr.*
    Thomas A. McKnight, Jr. (asb-3942-m67m)
    Wallace, Jordan, Ratliff & Brandt, L.L.C.
    Post Office Box 530910
    Birmingham, Alabama 35253
    Voice:   (205) 870-0555
    Fax:     (205) 871-7534
    E-mail: tm@wallacejordan.com