IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRI MCCLURE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:07-cv-1023-MEF |
| | ) |
| CONTROL PRODUCTS, INC., | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER</u>**

This Court has reviewed the Report of Parties' Rule 26(f) Planning Meeting (Doc. # 12), filed on January 9, 2008.  The parties have reported three areas of dispute, which have yet to be resolved.  Specifically, the parties have not reach agreement on the following discovery-related issues: (1) the maximum number of interrogatories, (2) the maximum number of admissions, and (3) the maximum number of requests for production of documents..

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), the matter is hereby referred to United States Magistrate Judge Susan Russ Walker to assist in the resolution of these issues of discovery, and entry of any orders or recommendations as may be appropriate.

DONE this 29th day of January, 2008.

                                                    /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE