IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRI MCCLURE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 1:07-CV-1023-MEF ) |
| CONTROL PRODUCTS, INC., | ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff, Terri McClure, and named Defendant, Control Products, Inc., and hereby jointly stipulate, pursuant to Rule 41 of the Federal Rules of Civil Procedure, to the dismissal with prejudice of all claims by Plaintiff against Defendant in this lawsuit.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request that the Court enter an Order of Final Judgment dismissing this lawsuit with prejudice, and with costs taxed as paid.

*[signature]*

Adam M. Porter, Esq.
e-mail: adamporter@earthlink.net
2301 Morris Avenue, Suite 102
Birmingham, AL 35203

Attorney for Terri McClure

*[signature]*

Albert L. Jordan (JOR002)
E-mail: alj@wallacejordan.com
Thomas A. McKnight, Jr. (MCK055)
E-mail: tm@wallacejordan.com

Attorneys for Control Products, Inc.

**OF COUNSEL:**

**WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C.**
Post Office Box 530910
Birmingham, Alabama 35253
Voice: (205) 870-0555
Fax:   (205) 871-7534